**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL C. ROMIG, : No. 16 MM 2024
:
Petitioner :
:
:
v. :
:
:
:
MIFFLIN COUNTY TAX CLAIM BUREAU, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2024, the Petition for Leave to File an Application for Reconsideration *Nunc Pro Tunc* is DENIED.